```
     UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                        CASE NO. 07 B 11063
   BRADLEY R ELBERT
                                              CHAPTER 13

                                              JUDGE: JOHN H SQUIRES
           Debtor
    SSN XXX-XX-7840


------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
      Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

    1.  The case was filed on 06/20/07 and confirmed on 11/16/07.

    2.  The case was dismissed after confirmation, 12/19/2008.

    3.  The Debtor paid a total of $    5131.36 .

    4.  The Trustee made disbursements to creditors as follows:


------------------------------------------------------------------------------
CREDITOR NAME               CLASS             CLAIM AMOUNT    INTEREST        PRINCIPAL
                                                              PAID            PAID
------------------------------------------------------------------------------
LITTON LOAN SERVICING IN CURRENT MORTG          .00            .00             .00
NATIONAL EXCHANGE        CURRENT MORTG          .00            .00             .00
NATIONAL EXCHANGE        MORTGAGE ARRE     16096.85            .00             .00
MARQUETTE COUNTY TREASUR SECURED            7415.32         1036.62          947.62
ASSOCIATED COLLECTORS    UNSECURED         NOT FILED          .00             .00
PORTAGE RADIOLOGY SC     UNSECURED           546.28           .00             .00
DEPENDON COLLECTION SERV UNSECURED         NOT FILED          .00             .00
NATIONAL ACT             UNSECURED           566.00           .00             .00
STATE COLLECTION SERVICE UNSECURED         NOT FILED          .00             .00
STATE COLLECTION SERVICE UNSECURED         NOT FILED          .00             .00
STATE COLLECTION SERVICE UNSECURED         NOT FILED          .00             .00
WE ENERGIES              UNSECURED          1454.97           .00             .00
LITTON LOAN SERVICING IN MORTGAGE ARRE        .00             .00             .00
WELLS FARGO FINANCIAL IN UNSECURED          1230.00           .00             .00
NATIONAL EXCHANGE        UNSECURED          7943.40           .00             .00
           Summary of disbursements:
------------------------------------------------------------------------------
                  SECURED     PRIORITY    UNSECURED       OTHER          TOTAL
------------------------------------------------------------------------------
TOTAL CLMS ALLOWED  23512.17       .00     11740.65         .00       35252.82
PRINCIPAL PAID        947.62       .00         .00          .00         947.62
INTEREST PAID        1036.62       .00         .00          .00        1036.62
TOTAL PAID           1984.24       .00         .00          .00        1984.24
The Debtor's attorney, RICHARD E SEXNER            , was allowed $    3500.00
and was paid $    621.00   direct and $   2879.00  through the plan.

The Trustee received $     268.12 .

Refunds to the Debtor totaled $         .00 .

      Wherefore, the Trustee requests an order be entered discharging
```

the Trustee and the surety on his bond from any further liability in this case.


Dated: 03/11/09                    /S/
                                   GLENN STEARNS
                                   CHAPTER 13 TRUSTEE




                        PAGE   2
     CASE NO. 07 B 11063 BRADLEY R ELBERT